UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 25-11240-MWF(CTSx)** Date: August 10, 2026

Title ***Elmira Agobian v. Caroline L. Rouxel, et al.***

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| | |
|---|---|
| Rita Sanchez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on November 21, 2025. (Docket No. 1). On April 29, 2026, the parties filed a Stipulation to Extend Time to Respond to Complaint (the "Stipulation"). (Docket No. 17). On May 1, 2026, the Court granted the parties' Stipulation and filed an Order extending the time for Defendants to respond to Plaintiff's Complaint to July 6, 2026. (Docket No. 18).

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **AUGUST 24, 2026**.

- By Defendants: Response to the Complaint. The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

OR

- By Plaintiff: Application to the Clerk to Enter Default as to properly served Defendants who have not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 25-11240-MWF(CTSx)** Date: August 10, 2026

Title ***Elmira Agobian v. Caroline L. Rouxel, et al.***

respond to the Order to Show Cause by **AUGUST 24, 2026**, will result in the dismissal of this action.

IT IS SO ORDERED.